**LaAnthony JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79813**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 17, 2017

Damien De Loyola, Kansas City, MO, for appellant.

Nathan J. Aquino, Jefferson City, MO, for respondent.

Before Division One: James Edward Welsh, Presiding Judge, Lisa White Hardwick, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Appellant LaAnthony Jones ("Jones") appeals the motion court's denial of his Rule 24.035 post-conviction motion. Jones pleaded guilty to forcible rape and felonious restraint and was sentenced to consecutive sentences of fifteen years and four years respectively. Jones sought post-con-

viction relief but, following an evidentiary hearing, the motion court denied Jones's motion. Jones now appeals. For reasons explained more fully in a memorandum provided to the parties, we affirm. Rule 84.16(b).